IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

EUGENE D. McCOY,

    Petitioner,

vs.

Warden, McEver Probation
Detention Center, and JAMES
DONALD, Commissioner,

    Respondents.

CIVIL ACTION NO.: CV206-120

## ORDER

Petitioner has filed three motions seeking copies of the transcript and various other documents from his criminal case in the Superior Court of Jeff Davis County, Georgia. Petitioner's motions are **DISMISSED**. This Court does not have copies of these documents. Petitioner should contact the attorney who represented him in that case to obtain copies of those documents.

**SO ORDERED**, this 8th day of August, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)