IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 OCT 24 A 8: 43

| | |
|---|---|
| EUGENE D. McCOY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: CV206-120 |
| ) | |
| Warden, McEver Probation ) | |
| Detention Center, and JAMES ) | |
| DONALD, Commissioner, ) | |
| ) | |
| Respondents. ) | |

## ORDER

Respondents filed a Motion to Dismiss Petitioner's action which was brought pursuant to 28 U.S.C. § 2254, asserting that Petitioner has failed to exhaust his available state remedies. By Order of this Court dated September 22, 2006, Petitioner was allowed a period of twenty (20) days to advise the Court whether he asserts that he has exhausted his claims. Petitioner was advised that if he did not establish sufficient exhaustion within said twenty (20) day period of time, this Court would enter an Order dismissing this action, without prejudice. Petitioner has failed to respond to the Court's Order. Accordingly, the petition is **DISMISSED**, without prejudice.

The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 24 day of October, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)