AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EUGENE D. McCOY

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV206-120

Warden, McEver Probation Detention Center, and JAMES DONALD, Commissioner

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated October 24, 2006, adopting the Report and Recommendation of the Magistrate Judge, judgment of dismissal is hereby entered without prejudice and this case stands dismissed.

October 24, 2006
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03